**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to Cases Listed on Exhibit A | Judge M. Casey Rodgers Magistrate Judge Hope T. Cannon |

## ORDER

The Settlement Administrator, BrownGreer, has reported to the Court that the Claimants with complaints filed in this Court, as identified on Exhibit A to this Order, are Registered Claimants in the Settlement Program who have been issued payment on a Settlement Award and that, pursuant to Section 5.13 of the Master Settlement Agreement ("MSA"), BrownGreer has provided to Defendants the Releases executed and submitted by such Claimants to become Registered Claimants under Section 5.2.3 of the MSA. All Registered Claimants with filed complaints, including those on Exhibit A, were required by Section 5.2.4 of the MSA to submit to the Settlement Administrator a stipulated Dismissal with Prejudice, with the dismissal to be filed in the appropriate court after the expiration of the 98% Walkaway Right and payment to the Claimant on a Settlement Award. The 98% Walkaway Right expired without exercise, as the Participation Level in the Program exceeded 99%.

Accordingly, it is **ORDERED** that:

1.      The Claimants' cases identified on Exhibit A are hereby **DISMISSED WITH PREJUDICE** pursuant to the terms of the MSA; however, the dismissals do not impact Claimants' rights to receive future Settlement Award payment(s) for which they are eligible under the MSA.

2.      The Clerk is directed to enter a copy of this Order on the main docket, at which point the dismissal with prejudice is effective as to the cases on Exhibit A.  The Clerk is also directed to enter a copy of this Order without Exhibit A attached on the individual dockets of these cases and close the cases in their entirety for all purposes. The presence of this Order in the individual docket of a case reflects that the plaintiff(s) and such case were identified on Exhibit A to this Order.

        **SO ORDERED**, on this 20th day of August, 2024.


*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**